## THE NIAGARA.

*(Circuit Court of Appeals, Second Circuit. January 21, 1924.)*

No. 161.

Appeal from the District Court of the United States for the Western District of New York.

For opinions below, see 284 Fed. 971; 297 Fed. 667.

Brown, Ely & Richards, of Buffalo, N. Y. (John B. Richards and David S. Jackson, both of Buffalo, N. Y., of counsel), for appellants.

Locke, Babcock, Spratt & Hollister, of Buffalo, N. Y. (Evan Hollister, of Buffalo, N. Y., of counsel), for appellee.

Before ROGERS, HOUGH, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed.